# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Arthur Aason Tucker Pro Se )
)
**Plaintiff** )
)
vs. )
ADAMS County Sheriff's Department )
ADAMS County Sheriff Brent Fisher )
ADAMS County Jail )
ADAMS County Jail Administrator )
Chad Downs )
ADAMS County Jail Nurse Jane Doe )
C.O. Robbins C.O. Wear )
C.O. Boden C.O. ODEAR )
C.O. Venverloth To Be Sued in )
Their Individual And personal Composity )
**Defendant(s)** )

Amended Complaint

Case No. 16-3078
*(The case number will be assigned by the clerk)*

~~AMENDED~~

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Arthur Aaron Tucker

Prison Identification Number: S00327

Current address: PO Box 999 Pickneyville IL, 62274

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Brent Fisher

Current Job Title: ADAMS COUNTY SHERIFF

Current Work Address: 521 Vermont Quincy IL, 62301

Defendant #2:

Full Name: CHAD DOWNS

Current Job Title: ADAMS County JAIL ADMINISTRATOR

Current Work Address: 521 Vermont Quincy IL, 62301

Defendant #3:

Full Name: # Nurse Jane Doe

2

Current Job Title: ADAMS County Jail NURSE

Current Work Address: 521 Vermont Quincy IL, 62301

Defendant #4:

Full Name: C.O. ODEAR

Current Job Title: Correctional officer

Current Work Address: 521 Vermont Quincy IL, 62301

Defendant #5:

Full Name: C.O. Boden

Current Job Title: Correctional officer

Current Work Address: 521 Vermont Quincy IL, 62301

For additional defendants, provide the information in the same format as above on a separate page.

Additional page added with More Defendents

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?      Yes ■      No ☐

If yes, please describe: This is My Amended form

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ■      No ☐

# Defendents

Defendent 6.
Fullname - C.O. WEAR
Current Jobtitle - Correctional officer
Work address - 521 Vermont
Quincy IL. 62301

Defendent 7. Fullname - C.O. Venverloth
Jobtitle - Correctional officer
Work Address - 521 Vermont
Quincy IL, 62301

Defendent 8. Fullname - C.O. Robbins
Jobtitle - Correctional officer
Work address - 521 Vermont
Quincy IL, 62301

C. If your answer to B is yes, how many? __1__ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
      __Tucker vs Farha et al__
   2. Basic claim made __Coercion - Duress of Contract__
   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) __Dismissed__

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒ No ☐

*Additional Page added with Explination of me Exhausting My Administrative Remedies*

4

Goes with Page 4

Evidence of Me Exhausting My Remidies

The ADAMS County Jail Does not have a formal Written Grievance procedure. The ADAMS County Jail Has A CoBRA Resident Kiosk Machine. In this Kiosk Machine Their is Evidence of me Making Requests for My Medicine and Medical treatment. Their is a Grievance Section in this Kiosk Machine Where I filed several Request for Medication and Medical Treatment. Their is also A Nurse Section in This Kiosk Machine Where I filed several Request for Medication and Medical Treatment. Their is no one else Besides the ADAMS County Correctional Officers Who Answer to The Complaints or Request or Needs. So what they write in their Responces is final. I had A written log of Dates, and Times, ~~and~~ I had Made Grievences, Requests and Asked for Medical Help, Which The Correctional officers Would Not let me Bring with me to Prison

Arthur O Tucker

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  ADAMS County Jail  521 vermont Quincy IL 62301

Date(s) of the occurrence  September 29th 2015 thru Janurary 8th 2016

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

Paragraph 1. This is a short statement of my claim against The ADAMS COUNTY Sherif's Department, The ADAMS County Jail, the ADAMS County Sherif Brent Fisher, The ADAMS County Jail Jail ADMinistrator Chad Downs, The ADAMS County Jail Jail Nurse Jane Doe. This claim states that the Above named Nurse "Jane Doe" Acts were [Deliberatly Indifferent] to my serious Medical conditions And violated my [Eighth Amendment Rights] in that she did not provide me with or Delayed my Much Needed Medication. On September 29th 2015 I was placed under Arrest and Detained in the ADAMS County Jail until I was sent to prison on January 8th 2016. During my Intake on September 29th 2015 I made the Jail Nurse Aware of my Diagnoses of parinoid scitzophrena and personality disorders Anxiety, Depresion and asthma, HeartBurn and Hippain. I told her I was prescribed several Medications from Dr Sanchez of Transitions of Western Illinois in Quincy IL the names of those medications are ADILiFY for parinoid scitzophrenia, Doxapin for scitzophrenic visteril for Anxiety And Zoloft for Depresion. I am also Prescribe several Medications from Dr OTT of Quincy family practice AproAir Inhalor, A cortical Steriod Inhalor and Nebulizer liquid Albuteral sulfate and Ipotropiom Bromide solution all these

5

medications for asthma. Dr Ott Prescribed me Ranitadine 300mg for Heart Burn and Edolock 400mg for hip pain. As of september 29th 2015 the Jail Nurse "Jane Doe" was aware of my Needs for these Medication Nevertheless I did not Recieve my Visteril And Zoloft for over 14 days, I did not Recieve My Pro Air Inhaler or My Doxapin for over 30 days, I did not Recieve my ABILIFY At all and after 45 days the Nurse called My Docter Dr Sanchez and the Docter changed my scitzcophrenia Medicine from ABILIFY to latuda. During my 109 day Incarseration in the ADAMS County Jail I did not Recieve ABILIFY Raniticline 300 And Edolock 400mg At all Denied tottally. I made request for these Medications almost Daily on the CoBra Resident Kiosk Machine in the ADAMS County Jail under the Nurse and Grievance section. Exact times and Dates of me Requesting Grievincing and Being Denied my Medications are Recorded for Evidence in the CoBra Resident Kiosk Machine in the Adams County Jail. While not taking my Visteril in the Adams county Jail for over 14 days I felt very Anxies, Nervios, edgy, And stressed out. While not taking my Zoloft for over 14 days I felt depressed like I had no self worth, I was in a Bad mood and felt suicidel at times. While not taking my Doxapin for over 30 days I suffered from Insomnia, Visuel And heering vioces And Halutionating states of mind. While not taking my Pro Air Inhaler for Asthma I suffered from shortness of Breath when waking up and while sleeping and when active. While not taking My ABILIFY for the entire 109 day Incarseration, I heard constant vioces saw contstant halutronations talked to my

6

self and laughed to myself they finally substetuted my need for ABILIFY with latuda after 45days. While not taking Ranitadine for HeartBurn I had extreme chest pain constantly that worstened when I ate and drank. While not taking my Hippain Medicine the entire 108day Incarseration I had extreme Hippain. Also while not taking my once Daily Cortical Steroid that expands my chest and my asneeded Nebulizer treatment Albuterol Sulfate and Ipotropion Bromide solution as needed I had A hard time Breathing. This is a statement of my claim that stetes the ADAMS County Jail Jail Nurse "Jane Doe" acts were Deliberatly Indifferent to my serious Medical needs. since not every employee at the ADAMS County Sheifs Department And ADAMS County Jail can not Be held liable I would like to mention that the Adams County Jail Nurse "Jane Doe" is employeed By the ADAMS County Sheifs Department and Sheif Brent Fisher and ADAMS County Jail Jail ADMinistretor Chad Downs I had a written Record of the kiosk Machines logs of Request Dates and times I Requested my medication that the Correctional officers Would not let me Bring to prison.

Paragraph 2. This is A statement of my claim that states the ADAMS County Jail correctional officers C.O.Doolen C.O. Wear. C.O. ODEAR C.O. Venverloth C.O. RoBBins, Acts were Deliberalty Indifferent to my personal protection And Safety while in their custody at the Adams County Jail violating my Rights.

7

Additional pages added

Goes with page 7

On September 29th 2015 I was Incarserated in the ADAMS County Jail. On that Day During Intake I was asked By the Named Correctional officers on the 1st shift 6Am to 6pm If I had any Enemys that I could Not Be housed around. I informed Them that I had Two Enemys that were in the ADAMS County Jail there names are Josh Billingsly And David Billingsly. The reason they were my enemy's was Because I worked with the Quincy Police and signed A warrent to Raid Josh Billingsly And David Billingslys Motel Room while they were cooking Meth. The Adams County Jail Correctional officers that I Named then Made Computer Records of My claimed Enemys. Never the less the Careless acts and Neglect were [Deliberatly Indifferent] to my safety and Protection And put Josh Billingsly in the same section as me Not once But twice and on the second time I was assulted. The first time as soon as Josh Billingsly was put in the section I made Correctional officers Aware in person and on the Cobra Resident Kiosk Machine that I was Not supposed to Be around Josh Billingsly for my personal protection. It took around 48 hours for them to finally check the

(pg 1)

computer Records and move me. The second time I was moved into Section 6 where Both Josh Billingsly and David Billingsly where. I Remember it was After Christmas so Between the Days of the 25th of December 2015 and Before My Sentencing Date of January 8th 2016. As soon As I was pute in the section And the officer shut and locked the Door I walked to my Bunk area I then started to here Josh Billingsly and David Billingsly yelling at me from the Back of the section calling me snitch, Cop, Cop Ass, exetra so I noticed who it was and started to head to the section Door and Camera to Allert the Correctional officers. Before I could get to the Door Josh Billingsly ran and tackled me and repeatidly punched me in the face and head He also Bit me on the arm. While on the ground David Billingsly Kicked me in my head and Neck Repeatidly. This assult pro Badly lasted around five minutes. Do to this Assult I recieved multiple Bruses on my head and Neck, Bleeding and tooth Nocked loose in my mouth


pg2

A Bite Mark on My Arm And the fear of Beeing locked in a Room and Attacked. This Assult Was Recorded By the Section 6 Camera. The Camera Should Be used for Evidence. The exact Date and time of this Assult I had Recorded on paper in My Log Journal of Grievances and Requests that I made for this lawsuit. The Correctional officers Denied me of Bringing this loged Journal with me to prison. It should Be in My property At the Jail if they havent Destroyed it yet. This is a claim to prove that the Named Correctional officers acts were Deliberatly Indifferent to my protection and safety while in their Custody, Since All the ADAMS County Sherifs Department and ADAMS County Jails Can Not Be held Responsible. I would like to Add that the mentioned Correctional officers Are employed By Sherif Brent Fisher And Jail ADministrator Chad Downs


pg 3

## RELIEF REQUESTED

(State what relief you want from the court.)

I Do pray that I am Granted $50,000 for my pain and Suffering. And for the relief of me Not Being allowed to take my Much Needed Medication. This Money will help me Recover from the Intence Stress And Emotional Pain that I suffered and the Halucinating states of Mind And other Mental Distress I suffered while not taking my medicine. It will give me ~~some satisf~~ Relief from my hip pain and heartBurn. And will pay me Back for the fear and pain I went threw while Being Assulted. It will give me Some Satisfation And make me feel Better for the way I was treated Thankyou

JURY DEMAND    Yes ☐    No ■

Signed this 21st day of April, 2016.

(Signature of Plaintiff) Arthur A. Tucker

Name of Plaintiff: Arthur Aaron Tucker
Inmate Identification Number: S00327
Address: 1229 Merle St Quincy IL 62301
Telephone Number: 217-223-7719

My Current Prison Address — Arthur Aaron Tucker
Pickneyville CC
PO Box 999
Pickneyville IL, 62274

8

My INFO

current = Arthur Aaron Tucker S00327
Pickneyville Correctional Center
POBOX 999
Pickneyville IL, 62274

Current Release date = 4, 1, 2019

Address when Released =
Arthur Aaron Tucker
1229 Merle st Tr 26
Quincy IL, 62301

other INFO = Arthur Aaron Tucker
Date of Birth = 3, 1, 1980
SSN = 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

Were to oBtain My Medical Records

Quincy Family Practice
Quincy Illinois

TRASITIONS of Western ILLINOIS
Quincy Illinois

Blessing Hospital
Quincy ILLINOIS

ILLinois Dept of Corrections
Mainly DIXON STCCC

My Docters Names
Regular Docter
Dr OTT
Quincy Family Practice

Mental Health Docter
Dr SANchez
TRANSITIONS of Western ILLinois

Personal Counsler
Mary Jane Kinkade
Transitions of western ILLinors